Form CGFCRD3C  (10/16/2025)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 24–19553–LMI

Chapter: 7

**In re:**
Laura Elena Alvarez Gonzalez
1941 NW 105 ST
Miami, FL 33147
SSN: xxx–xx–6599

## RENOTICE OF HEARING

### CHANGE LOCATION

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Laurel M Isicoff to consider the following:

**Motion to Enforce (Re: 31 Order on Motion to Reopen Ch 7 Case, Order on Motion for Contempt, Order on Motion For Sanctions) , in addition to Motion to Compel Creditor to Cease All Collection Activity, in addition to Motion For Sanctions Pursuant to 11 USC 524a Discharge Injunction Violation Against ADT, Inc. (Accrued Daily Sanctions and Supplemental Attorney's Fees and Costs), in addition to Motion for Writ of Execution Directing the United States Marshals Service to Execute a Writ of Garnishment and Levy on ADT, Inc.'s Assets Filed by Debtor Laura Elena Alvarez Gonzalez (Blanco, Jose) (37)**

1. This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

    **Date:** December 23, 2025
    **Time:** 09:30 AM
    **Location:** C. Clyde Atkins U.S. Courthouse, 301 N Miami Avenue, Courtroom 8, Miami, FL 33128

2. The movant, or movant's counsel if represented by an attorney, must:

    (a) serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

**Dated: 12/10/25**    **CLERK OF COURT**
By: Noemi Sanabria
Courtroom Deputy